| *AO 10\** *Rev. 1/2017* | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Self III, Tilman E. | United States District Court for the Middle District of GA | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Court Judge for Middle District of GA | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  **5b.** ☑ Amended Report | 01/01/2018 **to** 12/31/2018 |

**7. Chambers or Office Address**

475 Mulberry Street
Macon, GA 31201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Member | Palazzo 1206, LLC |
| 2.  Director | Boy Scouts of America, Central Georgia Council Advisory Board |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2016 | Georgia Judicial Retirement System Plan; (vested) pension upon attainment of age 60 |
| 2. 2016 | Macon-Bibb County Employee Retirement Fund; (vested) pension upon attainment of age 60 |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Georgia Court of Appeals - salary | $39,777.00 |
| 2. 2018 | Self Employment - college football officiating game fees | $18,153.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | self-employed financial consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason Antonin Scalia School of Law - Judicial Economics Center | Oct 3-5 2018 | Washington, D.C. and Arlington, VA | Attend Antonin Scalia dinner and tribute | airfare, lodging, transportation and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Self III, Tilman E. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | Ameris Bank | unsecured loan | K |
| 3. | NationStar Mortgage | Mortgage - Rental Property #1, Macon, GA (Part VII, #3) | None |
| 4. | BB&T Mortgage | Mortgage - Palazzo 1206, LLC (Part VII, #10) | N |
| 5. | Chase Mortgage | Mortgage - Rental Property #2, Macon, GA (Part VII, #4) | None |
| 6. | Chase Mortgage | Mortgage - Rental Property #3, Macon, GA (Part VII, #4) | None |
| 7. | Chase Mortgage | Mortgage - Rental Property #4, Macon, GA (Part VII, #6) | None |
| 8. | Chase Mortgage | Mortgage - Rental Property #5, Macon, GA (Part VII, #7) | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Self III, Tilman E. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State Bank Checkng Account, Macon, GA | A | Interest | J | T | | | | | |
| 2. State Bank Money Market Account - Macon, GA | A | Interest | J | T | | | | | |
| 3. Renasant Bank Money Market Account, Macon, Ga (X) | A | Interest | K | T | | | | | |
| 4. Renasant Bank, Macon, GA (X) | A | Interest | J | T | | | | | |
| 5. Rental Property #1, Macon, GA | D | Rent | L | S | | | | | |
| 6. Rental Property #2, Macon, GA - 50% interest | D | Rent | K | S | | | | | |
| 7. Rental Property #3, Macon, GA 50% interest | D | Rent | K | S | | | | | |
| 8. Rental Property #4, Macon, Ga 50% interest | D | Rent | K | S | | | | | |
| 9. Rental Property #5, Macon, GA - 50% interest | D | Rent | K | S | | | | | |
| 10. Rental Property #6 - Macon, GA - 50% interest | C | Rent | K | S | | | | | |
| 11. Rental Property #7, Macon, GA - 50% interest | D | Rent | K | S | | | | | |
| 12. Palazzo 1206, LLC - 16% interest | D | Rent | N | W | | | | | |
| 13. GenWorth Variable Life Insurance-Commonwealth 4(H) | | | | | | | | | |
| 14. - Oppenheimer Total Bond Fund | A | Dividend | J | T | | | | | |
| 15. 529 account #1 (H) | | | | | | | | | |
| 16. - Next Gen College Investing Plan, BlackRock Age 14-16 years C | A | Int./Div. | J | T | | | | | |
| 17. Roth IRA #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Self III, Tilman E. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  - AB Sustainable Global Thematic A | A | Int./Div. | J | T | | | | | |
| 19.  529 account #2 (H) | | | | | | | | | |
| 20.  - Scholar's Edge 529 plan, Age Based Portfilio 40A | A | Int./Div. | J | T | | | | | |
| 21.  Prom. Note - Receivable- Estates of Glen and Marcella Coger - 50% int | A | Interest | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,600 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The properties listed in Part VII were assessed by Macon-Bibb County, GA for ad valorem tax purposes in May of 2018 in the following amounts:

Rental Property #1 - $56,584
Rental Property #2 -  29,726
Rental Property #3 -  18,895
Rental Property #4 -  23,412
Rental Property #5 -  17,710
Rental Property #6 -  20,477
Rental Property #7 -  20,000


Palazzo 1206, LLC (Part VII, #9) is an LLC whose only asset is a condominium in Panama City Beach, FL. The value of the unit was arrived at by looking at the most current and comparable sales of units in the same building to arrive at an estimated market value.

Promissory Note (Part VII, #18) is for a house that a relative of mine and I sold. The Note will be fully paid off in April 2020. Current prinicipal balance as of Dec. 31, 2018 was $7,144.58.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ Tilman E. Self III**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544